UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA MEHEN | CHAPTER 11 Case No. |
| | 05-17923 (ASH) |
| DELTA AIRLINES, INC.<br>Debtors | NOTICE OF APPEAL |

I, Dana Mehen do hereby give notice of Appeal from the final judgment order of Honorable Judge Hardin dated August 21, 2007. I appeal this order granted to Delta Airlines, INC.. I respectfully ask the court to accept this Appeal due to the fact that I never received the order, nor could it not be found published on any of the web sites. Furthermore, I am physically disabled which prevents me from traveling to view such documents in person. I respectfully request and file this Notice of Appeal. I also request that any and all fees be waived.

Respectfully Submitted 10/8/2007

Dana Mehen

2968 N. Webster Rd.

Tucson, Arizona 85750

520-290-9067

Pro Se



RECEIVED
OCT 15 2007
US BANKRUPTCY COURT
SO DIST OF NEW YORK

## SERVICE SHEET

I, Dana Mehen have faithfully served the following parties the NOTICE OF APPEAL filed in the US Bankruptcy Court Southern District of New York, by US postal on October 8, 2007.

Davis/Polk /Wardwell
450 Lexington Ave.
New York, New York 10017

Stroock/Stroock/LavanLLP
180 Maiden Lane
New York, New York 10038

Debevoise/ PlimptonLLP
919 Third Ave.
New York, New York 10022

Office of US Trustee for the
Southern District of New York
33 Whitehall, Suite 2100
New York, New York 10004

Akin/Gump/Strauss/Hauer/FeldLLP
590 Madison Ave.
New York. New York 10022

Securities/Exchange Comm.
100 F Street, NE
Washington DC 20549

Securities/Exchange Comm.
3 World Financial Center
New York, New York 10281

Internal Revenue Service
290 Broadway
New York, New York 10008

Bankruptcy Services, LLC
757 Third Ave.
New York, New York 10017

Respectfully Submitted,

Dana Mehen

2968 N. Webster Rd.

Tucson, Arizona 85750
520-290-9067