# TABLE OF CONTENTS

1. Social Security/US Bankruptcy Web page

2. Transcript Corrections/Transcript of August 20, 2007 hearing

3. Final Order dated August 21, 2007

4. Debtors Motion dated July 11, 2007

5. Mehen's Objection to Debtor's Motion of July 11, 2007