DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6539
Timothy E. Graulich (TG 0046)
Hugh R. McCullough (HM 0006)

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
**In re:**                                         :
                                                   : **Chapter 11 Case No.**
                                                   :
**DELTA AIR LINES, INC., et al.,**                 : **05-17923 (ASH)**
                                                   :
                                                   : **(Jointly Administered)**
                       **Reorganized Debtors.**    :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**COUNTERDESIGNATION OF RECORD ON APPEAL FROM**
**ORDER DENYING (A) MOTION DATED MAY 23, 2007 OF**
**MS. DANA MEHEN TO CORRECT CLAIM CATEGORY AND**
**NOTICE OF VALID CLAIM AND (B) MOTION FILED JUNE 29, 2007**
**OF MS. DANA MEHEN FOR BILL OF COSTS**

Delta Air Lines, Inc. ("Delta") and those of its subsidiaries that are reorganized

debtors in these proceedings (collectively, the "Reorganized Debtors"),[1] by and through

their undersigned attorneys, hereby submit, pursuant to Federal Rule of Bankruptcy

Procedure 8006, the following counter-designation of items to be included in the record

on appeal to the United States District Court for the Southern District of New York with

---

[1] The Reorganized Debtors are the following entities: ASA Holdings, Inc.; Comair Holdings, LLC; Comair, Inc.; Comair Services, Inc.; Crown Rooms, Inc.; DAL Global Services, LLC; DAL Moscow, Inc.; Delta AirElite Business Jets, Inc.; Delta Air Lines, Inc.; Delta Benefits Management, Inc.; Delta Connection Academy, Inc.; Delta Loyalty Management Services, LLC; Delta Technology, LLC; Epsilon Trading, LLC; and Kappa Capital Management, LLC.

respect to that Order of the United States Bankruptcy Court for the Southern District of

New York (the "Order) dated August 21, 2007 [Docket No. 6642] Denying (A) Motion

dated May 23, 2007 of Ms. Dana Mehen to Correct Claim Category and Notice of Valid

Claim and (B) Motion Filed June 29, 2007 of Ms. Dana Mehen for Bill of Costs.

## Counter-Designation of Items to Be
## Included in the Record on Appeal

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Reorganized Debtors

counter-designate the following items to be included in the record on appeal:[2]

| Date | Docket Number | Pleading |
|------|---------------|----------|
| 10/7/2005 | 660 | Order Approving Notice, Case Management and Administrative Procedures |
| 10/12/2006 | 3381 | Order Establishing Procedures for Claims Objections |
| 10/12/2006 | 3382 | Order Establishing Procedures for Settling and Allowing Disputed Proofs of Claim |
| 12/13/2006 | 3846 | Reorganized Debtors Seventh Omnibus Objection to the Allowance of Certain Claims: (A) Redundant Noteholder Claims; (B) Amended Claims; (C) Scheduled Claims; (D) Waived Claims; (E) Insufficient Documentation Claims; (F) Books and Records Claims; (G) Satisfied Claims and (H) Late-Filed Claims |
| 1/24/2007 | 4278 | Reorganized Debtors' Tenth Omnibus Objection to the Allowance of Certain Claims: (A) Section 1114 Retiree Benefits Claims; (B) Pilot Non-Qualified Pension Benefits Claims; (C) Pilot Qualified Pension Benefits Claims; (D) Wages Claims; (E) No Reduction Claims; (F) No Obligations Claims and (G) Equity Interest |

---

[2] Certain of the following items appear to have been designated by Ms. Mehen in the Notice of Appeal filed October 15, 2007, but without docket numbers.  They are repeated here, with docket numbers, for the convenience of the Court.

| Date | Docket Number | Pleading |
|---|---|---|
| | | Claims |
| 2/5/2007 | 4436 | Order Pursuant to Debtors' Seventh Omnibus Objection to the Allowance of Certain Claims: (A) Redundant Noteholder Claims; (B) Amended Claims; (C) Scheduled Claims; (D) Waived Claims; (E) Insufficient Documentation Claims; (F) Books and Records Claims; (G) Satisfied Claims; and (H) Late-Filed Claims |
| 2/7/2007 | 4494 | Order (I) Approving the Disclosure Statement; (II) Approving Solicitation Procedures; (III) Allowing and Estimating Certain Claims for Voting Purposes; (IV) Approving Forms of Ballots and Establishing Procedures for Voting on the Debtors' Joint Plan of Reorganization; and (V) Scheduling a Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Debtors' Joint Plan of Reorganization |
| 2/15/2007 | 5146 | Objection to 1/24/2007 Defendants Motion |
| 2/27/2007 | 4779 | Order Pursuant to Debtors' Tenth Omnibus Objection to the Allowance of Certain Claims: (A) Section 1114 Retiree Benefit Claims; (B) Pilot Non-Qualified Pension Benefits Claims; (C) Pilot Qualified Pension Benefits Claims; (D) Wages Claims; (E) No Reduction Claims; (F) No obligation Claims and (G) Equity interest Claims. |
| 4/10/2007 | 5664 | Objection to the Plan |
| 4/24/2007 | 6055 | Motion for Rule 3018(a) and Verification of Objection |
| 4/25/2007 | 5998 | Order Confirming Debtors' Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code |
| 4/27/2007 | 6139 | Transcript of Hearing Held on April 25, 2007 at 2:37 PM, Re: Confirmation Hearing |
| 5/23/2007 | 6207 | Motion to Correct Claim Category and Notice of |

| Date | Docket Number | Pleading |
|---|---|---|
| | | Valid Claim |
| 6/26/2007 | 6362 | Notice of Presentment of Proposed Order Modifying Injunction with Respect to Dana Mehen |
| 6/29/2007 | 6401 | Bill of Costs |
| 7/10/2007 | 6431 | Objection filed by Dana Mehen |
| 7/11/2007 | 6428 | Order Modifying the Injunction with Respect to Dana Mehen |
| 7/20/2007 | 6488 | Certificate of Service for Notice of Presentment of Proposed Order Modifying Injunction with Respect to Dana Mehen |
| 7/31/2007 | 6540 | Reorganized Debtors' Response to (A) Motion Dated May 23, 2007 of Ms. Dana Mehen to Correct Claim Category and Notice of Valid Claim and (B) Motion Dated June 27, 2007 of Ms. Dana Mehen for Bill of Costs |
| 8/15/2007 | 6618 | Objection to Debtors Motions of July 31, 2007 |
| 8/15/2007 | 6619 | Motion for Relief from Stay to Proceed in the Ninth Circuit Court of Appeals Action |
| 8/22/2007 | 6643 | Transcript of Hearing Held on August 20, 2007 At 2:23 PM, Re: Motions of Dana Mehen; Motions of Laverne Lusk; Motions of J. Anthony Guajardo; Motion for Reconsideration May 16, 2007 Decision with Respect to TIA/SLV Objection 1 and 2; Motion for Allowance of Claims and to Compel Immediate Distributions (BNY Motions) |
| 8/24/2007 | 6642 | Order Denying (A) Motion dated May 23, 2007 of Ms. Dana Mehen to Correct Claim Category and Notice of Valid Claim and (B) Motion Filed June 29, 2007 of Ms. Dana Mehen for Bill of Costs |
| 10/15/2007 | 6829 | Notice of Appeal |

| Date | Docket Number | Pleading |
|------|---------------|----------|
| 10/15/2007 | 6831 | Designation of Contents (appellant) |

Dated:  New York, New York
        October 25, 2007


By:  /s/ Hugh R. McCullough
     Hugh R. McCullough (HM 0006)

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6539

Attorneys for the Reorganized Debtors