UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
In re:                                                                :
                                                                      :
DELTA AIR LINES, INC., et al.,                                        :
                                                                      :
Debtors.                                                              :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
Dana Mehen,                                                           :
                                                                      :
                    Appellant,                                        :
                                                                      :
            v.                                                        :  No. 07 CV 11465 (LTS)
                                                                      :
Delta Air Lines, Inc.,                                                :
                                                                      :
                    Debtor-Appellee.                                  :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**RULE 7.1 DISCLOSURE STATEMENT OF DELTA AIR LINES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, appellee Delta Air Lines, Inc. ("Delta") hereby states:

Delta is a major air carrier that provides scheduled air transportation for passengers and cargo throughout the United States and around the world. To Delta's knowledge, as of the date hereof, no publicly-held corporation holds a 10% or more equity interest in Delta.

Dated: New York, New York
January 11, 2008

        DAVIS POLK & WARDWELL

        By: /s/ Timothy E. Graulich
            Timothy E. Graulich (TG 0046)
            Hugh R. McCullough (HM 0006)

        450 Lexington Avenue
        New York, New York  10017
        (212) 450-4000 (Telephone)
        (212) 450-6539 (Facsimile)