March 18, 2008

| | |
|---|---|
| TO ALL COUNSEL IN: | Mehen v. Delta Air Lines, Inc. (In re Delta Air Lines, Inc.) 07 Civ. 11465 |
| FROM: | Judge McMahon |
| RE: | Pending Motion |

The pending motion to dismiss the appeal of Dana Mehen will be decided on the briefs. There is no need for any oral argument on this motion. The hearing scheduled for March 28, 2008 is cancelled.

_____
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

Copies mailed/faxed/handed to counsel on 3/18/08