UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:

DELTA AIR LINES, INC, et al.

Debtors.
--------------------------------------------------------------x

Dana Mehen,

       Appellant,                     07-CV-11465 (CM)

    -against-

Delta Air Lines, Inc.,

       Debtor-Appellee.
--------------------------------------------------------------x

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/10/08]

### MEMORANDUM ORDER

McMahon, J.:

      The Court received Ms. Mehen's two paragraph "Amended Motion Objection," dated March 31, 2008, most of which is unintelligible. Her appeal was dismissed on March 19, 2008, and the Clerk closed this case on March 20, 2008. The Court will not reconsider its March 19, 2008 ruling.

      In addition, Ms. Mehen never made a request for *in forma pauperis* status to this Court, and the Court is in no position to grant such a request, as the appeal has been dismissed.

Dated: April 9, 2008

                                                                      _____
                                                                      U.S.D.J.

BY FIRST CLASS MAIL TO ALL PARTIES

Copies mailed/faxed/handed to counsel on 4/10/08